**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 04-6705**

CHARLES RAY CARTER,

Plaintiff - Appellant,

versus

JOE MITCHELL, Sheriff of the York County
Sheriff's Department; JAMES TEDDY, Lieutenant;
BILLY DONAHUE, Correctional Officer; R. HILL,
Correctional Officer,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry M. Herlong, Jr, District
Judge.  (CA-95-2898-6-20)

Submitted: August 20, 2004          Decided: August 27, 2004

Before WILLIAMS, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Ray Carter, Appellant Pro Se.  Ronald Keith Wray, II,
GALLIVAN, WHITE & BOYD, PA, Greenville, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles Ray Carter appeals the district court's order denying Carter's motion to reopen this action, in which a jury verdict was returned in 1996. Our review of the record discloses no abuse of discretion. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED